ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 S FIRST STREET, SUITE 613
SAN JOSE, CA 95113
Tel:  408-292-1040
Fax: 408-416-0268
waqw@sbcglobal.net

Attorney for Plaintiff



E-FILING

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARISTEO RIOS,

    Plaintiff,

vs.

J. R. WEST, INC. dba JOHNNY ROCKETS,

DOES 1-10,

    Defendants

Case No: C08 03816 RS

DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial of causes of action alleged in their Complaint.

Dated: August 8, 2008

By: /s/ Adam Wang
Adam Wang
Attorney for Plaintiff