IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Aristeo Rios, | NO. C 08-03816 JW |
|         Plaintiff,<br> v.<br>J.R. West, Inc.,<br>        Defendant. | **ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO COMPLY WITH FED. R. CIV. P. 4(m); VACATING CASE MANAGEMENT CONFERENCE** |

On August 11, 2008, Plaintiff filed this action. Pursuant to Fed. R. Civ. P. 4(m), Plaintiff was to serve Defendant on or before December 9, 2008. The Docket reflects that Defendant was not served until January 8, 2009. (See Docket Item No. 8.) The record does not reflect that Plaintiff sought leave of the Court to extend the time for service. Accordingly, the Court ORDERS Plaintiff to appear on **February 23, 2009 at 9 a.m.** and to show cause why this action should not be dismissed for failure to comply with Fed. R. Civ. P. 4(m).

On or before **February 13, 2009**, Plaintiff shall file a response to this Order and provide the Court with an explanation as to the tardiness of his service of process. Failure to comply with any part of this Order may result in dismissal pursuant to Fed. R. Civ. P. 41(b), which is a dismissal on the merits, or other forms of sanctions.

In light of this Order, the Court VACATES the Case Management Conference currently set for February 2, 2009.  Plaintiff shall serve Defendant a copy of this Order on or before **February 9, 2009.**

Dated:  January 28, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam  Wang waqw@sbcglobal.net

| | |
|---|---|
| **Dated:  January 28, 2009** | **Richard W. Wieking, Clerk** |
| | **By:   /s/ JW Chambers** |
| | **Elizabeth Garcia** |
| | **Courtroom Deputy** |